IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN EDWARD PARKER,**
    Petitioner,

vs.                              3:05cv243/MCR/MD

**JAMES R. MCDONOUGH,**
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 8, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The respondent's motion to dismiss (doc. 26) is GRANTED.

    2.    The petition for writ of habeas corpus (doc. 1), challenging the conviction and sentence in *State of Florida v. John Edward Parker*, in the Circuit Court of Escambia County, Florida, case no. 01-4490, is DISMISSED with prejudice and the clerk is directed to close the file.

    DONE AND ORDERED this 24th day of May, 2006.

                                  *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**